# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KATRINA CISSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:21-cv-1023-SRC |
| PENN NATIONAL GAMING, INC., | ) |
| d/b/a/ HOLLYWOOD CASINO ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

NOW COMES the plaintiff, Katrina Cissell, and hereby moves to dismiss the above-captioned case with prejudice owing to settlement. Each party to bear its own costs.

Respectfully submitted,

**WENDLER & ZINZILIETA, P.C.**

By: /s/Angie M. Zinzilieta
Brian M. Wendler IL 6196124
Angie Zinzilieta IL 6322894
900 Hillsboro, Suite 10
Edwardsville, Illinois 62025
Phone: (618) 692-0011
Fax:    (618) 692-0022
Email: wendlerlawpc@gmail.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that a copy of the foregoing document was filed with the Court's e-filing system and sent via electronic mail to the following party of record on June 7, 2022:

Mr. Stephen B. Maule
Mr. John Marino, Jr.
**MCMAHON BERGER, P.C.**
2730 N. Ballas Road, Suite No. 200
St. Louis, Missouri 63131
Phone: (314) 567-7350
Fax: (314) 567-5968
Email: maule@mcmahonberger.com
   marino@mcmahonberger.com
*Attorneys for Defendant*

                  /s/Angie M. Zinzilieta