# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI,
# EASTERN DIVISION

| | |
|---|---|
| KATRINA CISSELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21-CV-01023-SRC |
| PENN NATIONAL GAMING, INC., | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S CONSENT TO STIPULATION FOR DISMISSAL

COMES NOW Defendant, Penn National Gaming, Inc., and consents to Plaintiff's Stipulation for Dismissal [DN 25] in the above-captioned case.

Respectfully submitted,

McMAHON BERGER, P.C.

*/s/ Stephen B. Maule*
Stephen B. Maule, #44209
2730 North Ballas Road, Suite 200
St. Louis, MO  63131
(314) 567-7350
(314) 567-5968 (facsimile)
maule@mcmahonberger.com

*Attorney for Defendant*

265882.1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of June, 2022, a true and correct copy of the foregoing was served via the Court's electronic filing system upon the following:

Angie M. Zinzilieta
Wendler & Zinzilieta, P.C.
900 Hillsboro Ave., Suite No. 10
Edwardsville, IL  62025
wendlerlawpc@gmail.com
Attorney for Plaintiff

                                                          */s/ Stephen B. Maule*

265882.1